Vanessa R. Waldref
United States Attorney
Eastern District of Washington
David M. Herzog
Lisa C. Cartier-Giroux
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 0 3 2023

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNATHAN LESLIE ALLEN<br>(a/k/a "Ghost"),<br><br>Defendant. | 2:23-CR-113-RMP<br><br>INDICTMENT<br><br>21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846<br>Conspiracy to Distribute 50 Grams of Actual (Pure) Methamphetamine<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), 18 U.S.C. § 2<br>Distribution of 50 Grams of Actual (Pure) Methamphetamine<br>(Count 2)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm and Ammunition<br>(Counts 3 and 4)<br><br>18 U.S.C. § 924,<br>21 U.S.C. § 853,<br>28 U.S.C. § 2461<br>Forfeiture Allegations |

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown, but by no later than on or about October 27, 2022, and continuing through on or about October 27, 2022, in the Eastern District of Washington, the Defendant, JOHNATHAN LESLIE ALLEN (a/k/a "Ghost"), did knowingly and intentionally combine, conspire, confederate, and agree together with others known and unknown to the Grand Jury, including Joshua Fisher and Quinton A. Brown, to distribute 50 grams of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), all in violation of 21 U.S.C. § 846.

## COUNT 2

On or about October 27, 2022, in the Eastern District of Washington, the Defendant, JOHNATHAN LESLIE ALLEN (a/k/a "Ghost"), and others known and unknown to the Grand Jury, including Joshua Fisher, did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and aided and abetted the same, in violation of 18 U.S.C. § 2.

## COUNT 3

On or about October 28, 2022, in the Eastern District of Washington, the Defendant, JOHNATHAN LESLIE ALLEN (a/k/a "Ghost"), knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: a Ruger, model American Pistol, 9mm caliber pistol, bearing serial number 860-18209, and 9mm caliber ammunition, which firearm and ammunition had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 2

## COUNT 4

On or about February 7, 2023, in the Eastern District of Washington, the Defendant, JOHNATHAN LESLIE ALLEN (a/k/a "Ghost"), knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: an HS Produkt (Springfield Armory), model XD-9, 9mm caliber pistol, bearing serial number BY291312, and 9mm caliber ammunition, which firearm and ammunition had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841 or 21 U.S.C § 846 as set forth in this Indictment, the Defendant, JOHNATHAN LESLIE ALLEN (a/k/a "Ghost"), shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. If any forfeitable property, as a result of any act or omission of the Defendant, JOHNATHAN LESLIE ALLEN (a/k/a "Ghost"):

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 3

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in Counts 3 and/or 4 of this Indictment, the Defendant, JOHNATHAN LESLIE ALLEN (a/k/a "Ghost"), shall forfeit to the United States any firearms and/or ammunition involved and/or used in the commission of the offense.

DATED this __3__ day of October, 2023.

A TRUE BILL



_____
Vanessa R. Waldref
United States Attorney

_____
David M. Herzog
Assistant United States Attorney

_____ by DMH
Lisa C. Cartier-Giroux
Assistant United States Attorney

INDICTMENT – 4