**ORIGINAL**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 17 2023

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNATHAN LESLIE ALLEN,<br><br>Defendant. | NO: 2:23-CR-113-RMP-1<br><br>VERDICT FORM |

### COUNT 1 – Conspiracy to Distribute Actual (Pure) Methamphetamine

1. WE, THE JURY in the above-captioned case, unanimously find the defendant, Johnathan Allen,

_____          ____X____
   Not Guilty                Guilty

of the offense of Conspiracy to Distribute Actual (Pure) Methamphetamine in violation of 21 U.S.C. §§ 841 (a)(1), (b)(1)(A)(viii), 846 as charged in Count 1.

*If you answered "Not Guilty," please skip Question Nos. 2 & 3 and proceed to Question No. 4.*

VERDICT FORM ~ 1

*If you answered "Guilty," please answer Question No. 2.*

2. Having found the defendant, Johnathan Allen, guilty of Count 1, do you unanimously find beyond a reasonable doubt that Count 1 involved 50 grams or more of actual methamphetamine?

_____           _____X_____
           No                                    Yes

*If you answered Question No. 2 "Yes," please skip Question No. 3 and proceed to Question No. 4.*

*If you answered Question No. 2 "No," please answer Question No. 3.*

3. Having found the defendant, Johnathan Allen, guilty of Count 1, do you unanimously find beyond a reasonable doubt that Count 1 involved 5 grams or more of actual methamphetamine?

_____           _____
           No                                    Yes

**COUNT 2 – Distribution of Actual (Pure) Methamphetamine**

4. WE, THE JURY in the above-captioned case, unanimously find the defendant, Johnathan Allen,

_____           _____X_____
       *Not Guilty*                            *Guilty*

of the offense of Distribution of Actual (Pure) Methamphetamine in violation of 21 U.S.C. §§ 841 (a)(1), (b)(1)(A)(viii) as charged in Count 2, or aided and abetted the same, in violation of 18 U.S.C. § 2.

VERDICT FORM ~ 2

*If you answered "Not Guilty," please skip Question Nos. 5 & 6 and proceed to Question 7.*

*If you answered "Guilty," please answer Question No. 5.*

    **5.** Having found the Defendant, Johnathan Allen, guilty of Count 2, do you unanimously find beyond a reasonable doubt that Count 2 involved 50 grams or more of actual methamphetamine?

| _____ | _____X_____ |
|:---:|:---:|
| *No* | *Yes* |

*If you answered Question No. 5 "Yes," please skip Question No. 6 and proceed to Question No. 7.*

*If you answered Question No. 5 "No," please answer Question No. 6.*

    **6.** Having found the defendant, Johnathan Allen, guilty of Count 2, do you unanimously find beyond a reasonable doubt that Count 2 involved 5 grams or more of actual methamphetamine?

| _____ | _____ |
|:---:|:---:|
| *No* | *Yes* |

### COUNT 3 – Unlawful Possession of a Firearm or Ammunition

    **7.** WE, THE JURY in the above-captioned case, unanimously find the defendant, Johnathan Allen,

| _____ | _____X_____ |
|:---:|:---:|
| *Not Guilty* | *Guilty* |

VERDICT FORM ~ 3

of the offense of Unlawful Possession of a Firearm or Ammunition in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8) on or about October 28, 2022, as charged in Count 3.

*If you answered "Not Guilty," please skip Question Nos. 8 & 9 and proceed to Question 10.*

*If you answered "Guilty," please answer Question Nos. 8 & 9.*

8. Having found the Defendant, Johnathan Allen, guilty of the offense charged in Count 3, do you unanimously find beyond a reasonable doubt that on or about October 28, 2022, he knowingly possessed a Ruger, model American Pistol, 9mm caliber pistol, bearing serial number 860-18209?

_____  _____**X**_____
       No                    Yes

9. Having found the Defendant, Johnathan Allen, guilty of the offense charged in Count 3, do you unanimously find beyond a reasonable doubt that on or about October 28, 2022, he knowingly possessed 9mm caliber ammunition?

_____  _____**X**_____
       No                    Yes

**COUNT 4 – Unlawful Possession of a Firearm or Ammunition**

10. WE, THE JURY in the above-captioned case, unanimously find the defendant, Johnathan Allen,

_____  _____**X**_____
    Not Guilty                Guilty

VERDICT FORM ~ 4

of the offense of Unlawful Possession of a Firearm or Ammunition in violation of 18 §§ U.S.C. 922(g)(1), 924(a)(8) on or about February 7, 2023, as charged in Count 4.

*If you answered "Not Guilty," please skip Question Nos. 11 & 12 and proceed to sign and date the end of this form.*

*If you answered "Guilty," please answer Question Nos. 11 & 12.*

11. Having found the Defendant, Johnathan Allen, guilty of the offense charged in Count 4, do you unanimously find beyond a reasonable doubt that on or about February 7, 2023, he knowingly possessed an HS Produkt (Springfield Armory), model XD-9, 9mm caliber pistol, bearing serial number BY291312?

_____          ___X_____
      No                      Yes

12. Having found the Defendant, Johnathan Allen, guilty of the offense charged in Count 4, do you unanimously find beyond a reasonable doubt that on or about February 7, 2023, he knowingly possessed 9mm caliber ammunition?

_____          ___X_____
      No                      Yes

**DATED** this ___17___ day of ___November___, 2023.

[signature redacted]

VERDICT FORM ~ 5